UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ANDRES REINOSO SAQUICILI,

Plaintiff,

-v-

DEUNA HOLDINGS LLC, et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5655 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (Dkt. No. 13). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants XLIX Construction LLC, XLIX Builders LLC, and 1694 Millstone LLC (together, the "First Served Defendants") to respond to the Complaint was August 11, 2026.[1] (Dkt. Nos. 14–16). To date, the First Served Defendants have not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the First Served Defendants to respond to the Complaint to **August 26, 2026**.

[1] Defendant Deuna Holdings LLC has until August 20, 2026 to respond to the Complaint. (Dkt. No. 17).

The First Served Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **August 26, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
August 12, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**