UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ANDRES REINOSO SAQUICILI,

Plaintiff,

-v-

DEUNA HOLDINGS LLC, et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5655 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Deuna Holdings LLC ("Deuna") to respond to the Complaint was August 20, 2026. (Dkt. No. 17). To date, Deuna has not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Deuna to respond to the Complaint to **September 9, 2026**.

Deuna is warned that failure to answer, move, or otherwise respond to the Complaint by **September 9, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
August 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**