UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN ANDRES REINOSO SAQUICILI,<br>Plaintiff,<br>-v-<br>DEUNA HOLDINGS LLC, et al.,<br>Defendant. | CIVIL ACTION NO. 26 Civ. 5655 (VSB) (SLC)<br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On August 28, 2026, Defendants 1694 Millstone LLC and XLIX Builders LLC (the "Complaint Defendants") filed a third-party complaint against third party DDC Builders LLC ("DDC"). (Dkt. No. 29 (the "Third Party Complaint")). The Complaint Defendants served DDC with the Third Party Complaint on September 3, 2026. (Dkt. No. 42).

On September 9, 2026, XLIX Construction LLC, Deuna Holdings LLC, and the Complaint Defendants (together, "Defendants") filed an answer asserting a crossclaim against DDC. (Dkt. No. 37 ¶ 32 (the "Crossclaim")). On September 16, 2026, DDC filed an answer to the Third Party Complaint. (Dkt. No. 39 (the "Third Party Answer")). The Third Party Answer does not appear to respond to the Crossclaim. (See generally id.) To date, Defendants have not filed proof that they have served DDC with the Crossclaim.

By **October 15, 2026**, Defendants shall serve the Crossclaim on DDC and file proof of service on the docket.

Dated: New York, New York
October 1, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**