UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ANDRES REINOSO SAQUICILI,

Plaintiff,

-v-

DEUNA HOLDINGS LLC, et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5655 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's order at Dkt. No. 44, the deadline for Defendants XLIX Construction LLC, Deuna Holdings LLC, 1694 Millstone LLC, and XLIX Builders LLC (together, "Defendants") to file proof that they served their crossclaim (Dkt. No. 37 ¶ 32 (the "Crossclaim")), on third party DDC Builders LLC ("DDC") was October 15, 2026. (Dkt. No. 44 at 2). To date, Defendants have not filed such proof of service.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to serve the Crossclaim on DDC and file proof service on the docket to **October 22, 2026**.

Dated: New York, New York
October 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**