UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ANDRES REINOSO SAQUICILI,

Plaintiff,

-v-

DEUNA HOLDINGS LLC, et al.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5655 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in person initial case management conference held today, November 10, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. The Court will so order the parties' Proposed Case Management Plan (Dkt. No. 50), under separate order.
3. By **November 19, 2026**, any Defendant who has not already done so shall file a corporate disclosure statement as required by Federal Rule of Civil Procedure 7.1. See Fed. R. Civ. P. 7.1.
4. By **January 22, 2027 at 5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, regarding the status of discovery and any discovery issues ripe for the Court's attention.

5. A telephone conference to discuss the status of discovery is scheduled for **January 26, 2027 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL