UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN ANDRES REINOSO SAQUICILI,

Plaintiff,

-v-

DEUNA HOLDINGS LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 5655 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's order at Dkt. No. 51, "any Defendant who has not already done so shall file a corporate disclosure statement [(the "Disclosure")] as required by Federal Rule of Civil Procedure 7.1" by November 19, 2026. (Dkt. No. 51 ¶ 3). See Fed. R. Civ. P. 7.1. To date, Defendant DDC Builders LLC ("DDC") has not filed such Disclosure.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for DDC to file its Disclosure to **December 2, 2026**.

Dated: New York, New York
November 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**